*Friday, December 29, 1995*

## MOTION DOCKET

**95–2320.** Doctors Hosp. v. Hazelbaker. *Franklin County*, No. 94APE11–1665. On December 21, 1995, appellants filed a motion to strike argument raised by Doctors Hospital and Dennison Health Ventures, Inc., in their memorandum in response. Appellants' motion to strike is, in substance, a reply memorandum and, as such, is prohibited by S.Ct.Prac.R. III(3). Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective December 28, 1995, that appellants' motion to strike be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**95–2161.** Yoder v. Stocker & Sitler Oil Co. *Holmes County*, Nos. 507 and 510. This cause is pending before the court as a discretionary appeal and cross-appeal and as claimed appeals of right. Upon consideration of appellants/cross-appellees' application for dismissal of their appeal,

IT IS ORDERED by the court that the application for dismissal of appeal be, and hereby is, granted, effective December 28, 1995.

The cross-appeal and claimed appeal of right of Columbia Natural Resources, Inc. remains pending.

*Tuesday, January 2, 1996*

## MOTION DOCKET

**95–2639.** Kayser v. Hutman. *Lorain County Court of Common Pleas*, No. 95CV115361. This cause is pending before the court as an appeal of an election contest pursuant to R.C. 3515.15 from the Court of Common Pleas of Lorain County.

IT IS ORDERED by the court, *sua sponte*, effective December 28, 1995, that the parties shall file briefs on the merits in accordance with S.Ct.Prac.R. VI and supplement(s) to the briefs in accordance with S.Ct.Prac.R. VII. The appellant's brief and supplement to the briefs shall be due within forty days from the date the Clerk of the Supreme Court receives and files the record from the court of common pleas.

## MISCELLANEOUS DISMISSALS

**95–2287.** State v. Davis. *Wood County*, No. WD95069. This cause is pending before the court as an appeal from the Court of Appeals for Wood County. It appears from the records of this court that appellant has not filed a merit brief, due December 27, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective December 29, 1995.